```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

                                              FILED
                                          IN CLERK'S OFFICE

                                          2003 DEC 19  P 4:20

UNITED STATES OF AMERICA )
                         )                U.S. DISTRICT COURT
                         )                 DISTRICT OF MASS.
v.                       )    CRIM. NO. MJ-03-908-MBB
                         )
                         )
NESTOR RODRIGUEZ         )


ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING

The defendant Nestor Rodriguez respectfully moves this Court for a one-day continuance of the detention hearing in the above-captioned case. The hearing is currently set for December 22, 2003. The defendant requests that this hearing be continued until December 23, 2003. Counsel states that counsel for both the government and for Ivan Rodriguez, the codefendant in this matter, have no objection to this motion for a continuance.

Wherefore, the defendant requests that this motion to continue the detention hearing in this case be granted.

                                   Respectfully submitted,

                                   By his attorney,

                                   /s/ Syrie D. Fried
                                   _____
                                   Syrie D. Fried
                                     B.B.O. # 555815
                                   Federal Defender Office
                                   408 Atlantic Avenue, 3rd Floor
                                   Boston, MA  02210
                                   Tel: 617-223-8061

-1-

CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that copies of the foregoing motion were served upon Assistant United States Attorney Peter Levitt and Attorney Melvin Norris by hand and first-class mail this 19th day of December, 2003.

_____
Syrie D. Fried