UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK MAGISTRATE NO. 03-908MBB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **APPEARANCE OF COUNSEL** |
| VS. ) | |
| ) | |
| IVAN RODRIGUEZ ) | |

Now comes attorney Clifford Samuel Sutter and hereby enters his appearance for the defendant IVAN RODRIGUEZ in the above-entitled case.

By his attorney,

*C. Samuel Sutter*

C. Samuel Sutter
203 Plymouth Avenue, Bld. 7
Fall River, Ma 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
BBO 542496